## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Carey J. Ellis, III
Louisiana Appellate Project
Post Office Box  719
Rayville LA 71269

Tommy Bordelon
A.V.C. Cajun 1,  B-1 DOC No. 339150
1630 Prison Rd.
Cottonport LA 71327

**REHEARING ACTION: October 13, 2010**

**Docket Number: 03   01711-KA; 04  00490-KA; and 04  00491-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TOMMY BORDELON**

**Appealed from Avoyelles Parish Case No. 03CR117139A**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Billy Howard Ezell**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tommy Bordelon** has this day been

    **DENIED.**

cc: Michael Francis Kelly, Counsel for the Appellee
    Hon. Charles A. Riddle  III, Counsel for the Appellee